USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOJA KRAGULJ,

                Plaintiff,

      v.

MARTHA CORTES, D.D.S., STEVE GALELLA, D.D.S., ORTHOMATRIX CORP., INC., FACIAL BEUATY INSTITUTE.,

                Defendants.

No.  20-CV-8390 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at today's conference, Plaintiff's motion to file a second amended complaint is hereby GRANTED.  Plaintiff shall file her amended complaint by no later than January 11, 2021.  Defendants shall answer or other respond to the complaint by February 1, 2021.  Plaintiff shall submit her opposition to any motion by February 22, 2021.  Any reply shall be submitted by March 8, 2021.

    By no later than February 1, 2021, the parties shall submit a revised case management plan and scheduling order.  By no later than April 9, 2021, the parties shall submit a joint letter updating the Court on the status of settlement discussions and indicating whether it would be productive to refer the case to mediation or to Magistrate Judge Wang for purposes of settlement.

SO ORDERED.

Dated:    January 8, 2021
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge