| USDC-SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: |
| DATE FILED: 7/6/2021 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOJA KRAGULJ,

           Plaintiff,

v.

MARTHA CORTES, STEVE GALELLA, ORTHOMATRIX CORP., INC., FACIAL BEUATY INSTITUTE, JOHN'S DENTAL LABORATORY, INC.

           Defendants.

20-CV-8390 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court will hold oral argument on the pending motion to dismiss filed by Defendants Facial Beauty Institute and OrthoMatrix Corp., Inc. on August 17, 2021 at 2:00 p.m. If counsel for the parties are unavailable at that date and time, they shall, by no later than July 12, file a joint letter proposing alternative dates, ideally between August 16 and 27, 2021.

SO ORDERED.

Dated:    July 6, 2021
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge