```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOJA KRAGULJ,

                Plaintiff,

v.

MARTHA CORTES, D.D.S., STEVE GALELLA, D.D.S., ORTHOMATRIX CORP., INC., FACIAL BEUATY INSTITUTE., JOHN'S DENTAL LABORATORY, INC.,

                Defendants.

No. 20-CV-8390 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons discussed in the Court's oral ruling at today's conference, the motion brought by Defendants OrthoMatrix Corp., Inc. and Facial Beauty Institute for partial dismissal of the Second Amended Complaint is DENIED with respect to Count 10, and GRANTED with respect to Counts 5 and 6. The motion is granted without prejudice. The Clerk of Court is respectfully directed to terminate the motions pending at Dkts. 23 and 47.

    If Plaintiff has a good-faith basis to amend her complaint, she shall do so by no later than September 10, 2021. By no later than September 20, 2021, the parties shall submit a joint letter updating the Court on the status of settlement discussions and indicating whether it would be productive to refer the case to mediation or to Magistrate Judge Wang for purposes of settlement.

SO ORDERED.

Dated:    August 18, 2021
            New York, New York

                                        Ronnie Abrams
                                        United States District Judge