UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BOJA KRAGULJ, :
:
                Plaintiff, :
:      20-CV-08390 (RA) (OTW)
           -against- :
:      **ORDER**
MARTHA CORTES, D.D.S., STEVE GALELLA, :
D.D.S., ORTHOMATRIX CORP., INC., FACIAL :
BEAUTY INSTITUTE :
:
And :
:
JOHN'S DENTAL LABORATORY, INC., :
:
                Defendants. :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 95 and ECF 96. The Court will hold an in-person discovery conference on **October 26, 2021 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, New York.

The parties are directed to meet and confer to resolve the disputes raised in the letter-motion (ECF 95): namely, proportionality issues concerning the production of Plaintiff's musical recordings and Plaintiff's financial documents. The parties are directed to file an agenda identifying any outstanding discovery disputes by **October 22, 2021**.

                                                            *s/ Ona T. Wang*

Dated: October 12, 2021                                        **Ona T. Wang**
      New York, New York                          United States Magistrate Judge