| | LAW OFFICES | |
|---|---|---|
| ALAN J. FUMUSO ◊ | **FUMUSO, KELLY, SWART, FARRELL,** | JAMES B. REILLY |
| DOUGLAS J. SWART | **POLIN & CHRISTESEN, LLP** | ANN D. SCHATTNER |
| SCOTT G. CHRISTESEN, R.Ph. ○ | | JOSEPH P. ROSH |
| SETH KIRSCHBAUM | | ALBERT E. RISEBROW |
| JORDAN KARP | | JUNE R. HERMAN |
| CHRISTIAN A. FUMUSO | MAILING ADDRESS | CATHERINE ANN BRENNAN |
| ANTHONY M. MAFFIA | 110 MARCUS BOULEVARD | MICHELLE C. ACOSTA |
| | HAUPPAUGE, NEW YORK 11788-3704 | SUZANNE LAVOIE, R.N |
| OF COUNSEL | (631) 232-0200 • FAX (631) 232-1305 | HUGO A. BASSO |
| | www.fksfpc.com | ANTHONY MARINO |
| JAMES F. FARRELL, JR. | | BRIAN T. REILLY |
| MICHAEL K. KELLY + | | CHRISTINE M. CAWLEY |
| LORRAINE BERLUND POLIN, R.N. | | NICHOLAS J. ALBANESE |
| | | PATRICIA M. COMBLO |
| ROBERT W. DeVERNA | | THOMAS K. WITTIG |
| (1949 - 2014) | | |
| | | MARY L. SHARKEY |
| ◊ ADM N.Y. & COLO. | October 15, 2021 | OFFICE ADMINISTRATOR |
| + ADM N.Y. & FLA. | | |
| ○ ADM N.Y. & CONN. | | DONNA OZOLS |
| | | SENIOR PARALEGAL |

**Via Pacer electronic filing**
Honorable Magistrate Ona T. Wang
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Kragulj v. Cortes, D.D.S, Galella, D.D.S, *et al.*
    Index No.: 1:20-CV-08390-RA; Our File No.: MPR-1187

Dear Judge Wang:

This office represents defendant, Steve Gallela, D.D.S., with respect to the above-referenced matter, and respectfully submits this letter motion requesting the Court's permission to obtain a brief adjournment of the discovery conference scheduled for October 26, 2021. The October 26, 2021 conference has been scheduled in the Court's Order of October 12, 2021, (document 97), which granted the request for a discovery conference. Due to a prior personal obligation, I cannot be available on October 26, 2021.

This application is being made on consent and agreement of all parties. There have been no prior requests to adjourn this conference. In accordance with Your Honor's individual part rule I.(e), I am providing two proposed dates that fall in consecutive weeks: November 2, 2021 or November 8, 2021. All counsel on this matter have advised me that they are available on those dates.

Respectfully submitted,

FUMUSO, KELLY, SWART, FARRELL,
POLIN & CHRISTESEN, LLP

*Alan J. Fumuso*
BY: ALAN J. FUMUSO

**CERTIFICATE OF SERVICE**

    I hereby certify that this document will be sent this day, October 15, 2021 to counsel of record through the ECF system.

*Alan J. Fumuso*

_____
ALAN J. FUMUSO, ESQ.

---

**SO ORDERED:**

Application **GRANTED**. The parties are directed to meet and confer to amicably resolve the disputes raised and addressed in ECF 95 and 96. The parties are directed to update the Court in a joint letter no later than November 19, 2021 on the status of discovery, including the status of any still-outstanding disputes. The in-person status conference scheduled for October 26, 2021 is hereby adjourned to November 30th, 2021 at 10:30 AM. The conference will be held in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

_____
**Ona T. Wang**                  10/19/21
United States Magistrate Judge