UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOJA KRAGULJ,

                Plaintiff,

     v.

MARTHA CORTES, STEVE GALELLA,
ORTHOMATRIX CORP., INC., and
FACIAL BEAUTY INSTITUTE,

                Defendants.

No. 20-CV-8390 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Pending before the Court are Defendant Galella's and Defendants OrthoMatrix and Facial Beauty Institute's motions to dismiss. For reasons that will follow, the motions are denied.

    The Court will hold a conference in this matter on September 7, 2022 at 2:00 p.m. If the proposed time is inconvenient for the parties, the parties are directed to confer before suggesting alternative times to the Court. Unless the parties request otherwise, the conference will be held via telephone. The parties may dial into the conference using the following information: Call-In Number: (888) 363-4749; Access Code: 1015508. This line is open to the public.

    The Clerk of Court is respectfully directed to terminate the motions pending at docket entries 88 and 91.

SO ORDERED.

Dated:    September 6, 2022
            New York, New York

                                                Ronnie Abrams
                                                United States District Judge