UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOJA KRAGULJ,<br><br>                            Plaintiff,<br><br>            -against-<br><br>MARTHA CORTES, et al.,<br><br>                            Defendants. | 1:20-cv-08390 (JLR) (OTW)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The parties report that they have agreed to private mediation, which is scheduled for November 10, 2022. *See* ECF No. 144. Accordingly, the parties shall, by **November 17, 2022**, file a joint letter to the Court on the status of the mediation, settlement discussions, and discovery.

Dated: October 13, 2022
        New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge