UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOJA KRAGULJ,

                    Plaintiff,

-against-

MARTHA CORTES, et al.,

                    Defendants.

1:20-cv-08390 (JLR) (OTW)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    The parties have informed the Court that Plaintiff and Defendant John's Dental Laboratory, Inc. have reached a settlement in principle in this case. *See* ECF No. 163. Accordingly, it is hereby ORDERED that this action is DISMISSED *as to John's Dental Laboratory, Inc. only* without costs and without prejudice to the right to reopen the action **within thirty days** of the date of this Order if the settlement is not consummated. All pending motions, deadlines, and conferences as to John's Dental Laboratory, Inc. are adjourned.

    The case shall remain OPEN. This Order does not impact any motions, deadlines, or conferences as to the remaining parties.

Dated: January 19, 2023
       New York, New York

                                              SO ORDERED.

                                              _____
                                              JENNIFER L. ROCHON
                                              United States District Judge