UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOJA KRAGULJ,

                Plaintiff,

    -against-

MARTHA CORTES, et al.,

                Defendants.

1:20-cv-08390 (JLR) (OTW)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

    As stated on the record at the February 2, 2023 premotion conference, the parties shall file motions for summary judgment and motions to exclude expert testimony by **March 9, 2023**. In addition to each party filing a Statement of Material Facts Pursuant to Local Rule 56.1, the parties shall, by **March 9, 2023**, file a joint Statement of Material Facts setting out all facts on which the parties agree. Oppositions to motions are due by **April 24, 2023**. Replies, if any, are due by **May 8, 2023**. If the parties decide not to file summary judgment motions and to proceed to trial or settle, they shall notify the Court promptly.

Dated: February 3, 2023
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge